IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, NAACP CONNECTICUT STATE CONFERENCE, and NAACP BOSTON BRANCH,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF COMMERCE,<br><br>*Defendant*. | Civil Action No. 3:17-cv-01682-WWE<br><br><br><br><br><br><br><br><br><br>March 21, 2018 |

## SCHEDULING ORDER

The Court having considered the parties' Joint Motion for Entry of Proposed Scheduling Order, this motion is hereby GRANTED and the following schedule shall govern this case:

1. By March 18, 2018, Defendant shall produce a *Vaughn* index for all withheld documents responsive to Plaintiffs' FOIA request.

2. From March 19 to April 7, 2018, inclusive (hereinafter, the "Meet and Confer Period"), Plaintiffs and Defendant shall attempt to clarify and narrow the issues in dispute. Plaintiffs and Defendant agree that they will use this period to negotiate in good faith regarding the scope of the dispute. Plaintiffs and Defendant may agree at any time to extend the Meet and Confer Period, or to terminate the Meet and Confer Period early.

3. Defendant's motion for summary judgment or motion to dismiss, including any declarations supporting such motion, shall be due 45 calendar days after the end of the Meet and Confer Period.

4. Plaintiffs' opposition to Defendant's motion for summary judgment or motion to dismiss, together with any cross-motion for summary judgment (in one combined motion), shall be due 45 calendar days after Defendant files its motion for summary judgment or motion to dismiss.

5. Defendant's reply in support of its motion for summary judgment or motion to dismiss, together with Defendant's opposition to any cross-motion by Plaintiffs (in one combined motion), shall be due 20 calendar days after Plaintiffs file their opposition to Defendant's motion for summary judgment or motion to dismiss.

6. Plaintiffs' reply in support of their cross-motion, if any, shall be due 20 calendar days after Defendant files its reply.

Dated: 21      , 2018

/s/
WARREN W. EGINTON
UNITED STATES DISTRICT JUDGE